HB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEO GIBNEY                         :    CIVIL ACTION
                                   :
         v.                        :
                                   :
THOMAS FITZGIBBON, et al.          :    NO. 13-7

FILED
MAR 22 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 22nd day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Thomas Fitzgibbon to dismiss for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure is DENIED; and

(2) the motion of defendants Thomas Fitzgibbon and Merck & Co., Inc. to dismiss for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED.

BY THE COURT:

/s/ Harvey Bartle                J.

ENTERED.   3/25/13 mail
MAR 25 2013               Gibny
CLERK OF COURT